PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $11,576.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $24,186.00 IN U.S. CURRENCY,<br><br>                            Defendants. | CASE NO.  1:16-CV-01555-AWI-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

The United States of America and Claimants Jeremy Claybon and Daedrick Sanders, by and through their undersigned counsel, hereby agree and stipulate as follows:

///
///
///
///
///
///
///
///

1

1  The Court set a mandatory scheduling conference in this case for January 9, 2017 at 2:30 pm. (ECF # 2).  Counsel for the United States is unavailable on January 9, 2017 for a personal matter.  The parties stipulate and agree to continue the mandatory scheduling conference to Tuesday, January 17, 2017 at a time available for the Court.

Respectfully submitted,

Dated:  November 4, 2016                    PHILLIP A. TALBERT
                                            Acting United States Attorney

                                            /s/ Jeffrey A. Spivak
                                            JEFFREY A. SPIVAK
                                            Assistant U.S. Attorney

Dated:  November 4, 2016                     /s/ Yan Schrayberman
                                            YAN SCHRAYBERMAN
                                            Attorney for Claimants
                                            Jeremy Claybon and Daedrick Sanders
                                            (As approved by email on 11/4/2016)

ORDER

The Mandatory Scheduling Conference is continued from January 9, 2017 to January 17, 2017 at 9: 30 a.m. before Magistrate Judge Stanley A. Boone.  The parties shall submit a joint scheduling report one week before the new conference date.

IT IS SO ORDERED.

Dated:   **November 7, 2016**

                                            UNITED STATES MAGISTRATE JUDGE