PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $11,576.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $24,186.00 IN U.S. CURRENCY,<br><br>            Defendants. | CASE NO. 1:16-CV-01555-AWI-SAB<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1.      This is a civil forfeiture action against the Defendants Approximately $11,576.00 in U.S. Currency and Approximately $24,186.00 in U.S. Currency (hereafter "Defendant Currency") seized on or about April 7, 2016.

2.      A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on October 14, 2016, alleging that said Defendant Currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3.      On October 31, 2016, the Clerk issued a Warrant for Arrest for the Defendant Currency. The warrant for the Defendant Currency was duly executed on November 3, 2016.

///

4.      Beginning on October 20, 2016, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture site www.forfeiture.gov. A Declaration of Publication was filed on November 22, 2016.

5.      In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a.  Jeremy Claybon aka Jeremy Cortez Claybon

    b.  Deadrick Kentavios Sanders

    c.  Yan E. Shrayberman, attorney

6.      On November 3, 2016, Jeremy Claybon filed his verified claim to the Defendant Approximately $11,576.00 in U.S. Currency. On November 3, 2016, Deadrick Sanders filed his verified claim to the Defendant Approximately $24,186.00 in U.S. Currency. On November 3, 2016, Jeremy Claybon and Deadrick Sanders (hereafter "Claimants") filed their answer to the complaint. To date, no other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.      That judgment is hereby entered against Jeremy Claybon aka Jeremy Cortez Claybon, Deadrick Kentavios Sanders, and all other potential claimants.

3.      Upon entry of the Final Judgment of Forfeiture herein, $21,457.20 of the Defendant Currency, together with any interest that has accrued on the entirety of the Defendant Currency, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4.      Upon entry of a Final Judgment of Forfeiture herein, but no later than 45 days thereafter, $14,308.80 of the Defendant Currency shall be returned to Claimants through their attorney Yan E. Shrayberman, P.O. Box 506, Fresno, California 93709, telephone (559) 779-2315.

5.      That the United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way

1  connected with the seizure, arrest, or forfeiture of the Defendant Currency.  This is a full and final release
2  applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or
3  forfeiture, as well as to those now known or disclosed.  Claimants agree to waive the provisions of California
4  Civil Code § 1542.

5  6.   That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint
6  filed on October 14, 2016, the Court finds that there was probable cause for the arrest and seizure of the
7  Defendant Currency, and for the commencement and prosecution of this forfeiture action, and a Certificate
8  of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

9  7.   Each party shall bear his or its own costs and attorney's fees.

10  8.   The U.S. District Court for the Eastern District of California shall retain jurisdiction to
11  enforce the terms of the Stipulation for Final Judgment of Forfeiture and this Final Judgment of Forfeiture.

12  SO ORDERED THIS 27th day of March, 2017.

ANTHONY W. ISHII
Senior United States District Court Judge

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed October 14, 2016, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the Defendant Currency, and for the commencement and prosecution of this forfeiture action.

Dated: 3-27-17

ANTHONY W. ISHII
Senior United States District Court Judge